Christopher L. Perkins (admitted pro hac vice)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
951 E. Main Street, 13th Floor
Richmond, VA 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
cperkins@eckertseamans.com

James W. Anderson (9829)
Walter A. Romney (7975)
CLYDE SNOW & SESSIONS
201 S. Main St., Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516
Facsimile: (801) 322-2516
jwa@clydesnow.com
war@clydesnow.com

*Attorneys for Defendants Daniel Kerim Joseph Stadelmann*
*And Jason R. Brown*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| POWER BLOCK COIN, L.L.C., a Utah Limited liability company, | Bankruptcy Case No. 24-23041 |
| | Chapter 11 |
| Plaintiff, | |
| v. | |
| | |
| DANIEL KERIM JOSEPH STADELMANN, an individual, JASON R. BROWN, an individual, and UTXO B.V., a Netherlands private limited liability company, | Judge Joel T. Marker |
| | Adv. No. 25-02000 |
| Defendants. | |

**DEFENDANTS DANIEL KERIM JOSEPH STADELMANN
AND JASON R. BROWN'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendants, Daniel Kerim Joseph Stadelmann and Jason R. Brown ("Defendants"), file the instant Motion to Dismiss Plaintiff's Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) as made applicable to this adversary proceeding pursuant to Bankruptcy Rule 7012. In support of their Motion to Dismiss, Defendants incorporate the attached Memorandum of Law.  Defendants respectfully request that this Court grant its Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted,

/s/      *Christopher L. Perkins*
Christopher L. Perkins (admitted pro hac vice)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
951 E. Main Street, 13th Floor
Richmond, VA 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
cperkins@eckertseamans.com

James W. Anderson (9829)
Walter A. Romney (7975)
CLYDE SNOW & SESSIONS
201 S. Main St., Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516
Facsimile: (801) 322-2516
jwa@clydesnow.com
war@clydesnow.com

Dated: March 12, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christoper L. Perkins

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| POWER BLOCK COIN, L.L.C., a Utah Limited liability company, | ) ) ) | Judge Joel T. Marker |
| Plaintiff, | ) ) | Adv. No. 25-02000 |
| v. | ) ) |  |
| DANIEL KERIM JOSEPH STADELMANN, an individual, JASON R. BROWN, an individual, and UTXO B.V., a Netherlands private limited liability company, | ) ) ) ) ) |  |
| Defendants. | ) ) ) |  |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the supporting and opposing memoranda submitted by the parties, it is hereby ORDERED and DECREED that Defendants Daniel Kerim Joseph Stadelmann and Jason R. Brown' Motion to Dismiss Plaintiff's Amended Complaint is GRANTED and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____

J.